IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
APR 09 2019
U.S. DISTRICT COURT
W. DIST. OF N.C.

In the Matter of the Search of:

IN THE MATTER OF THE SEARCH OF A DELL LAPTOP CURRENTLY LOCATED AT FBI CHARLOTTE, 7915 MICROSOFT WAY, CHARLOTTE, NORTH CAROLINA 28273

DOCKET NO. 1:19MJ-29

## ORDER PERMITTING REDACTED AFFIDAVIT

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the search warrant affidavit be redacted,

**IT IS HEREBY ORDERED** that the redacted affidavit is allowed and shall replace the unredacted version.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 9th day of April, 2019.

W. CARLETON METCALF
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA